**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant.<br>_____/ | No. C -15-00510 (MEJ)<br><br>**ORDER RELATING AND REASSIGNING CASE** |

The Court, having reviewed Magistrate Judge Maria-Elena James' sua sponte judicial referral pursuant to Civil Local Rule 3-12(c), finds that the above-captioned case is related to Gregory A. Austin v. State of California, 15-00504, and therefore RELATES this case and REASSIGNS Gregory A. Austin v. State of California, 15-00510 to itself.

**IT IS SO ORDERED.**

Dated: February 4, 2015

　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge